Frank C. Rathje, appellant, v. Clarence Serb et al., appellee.

Committee for the Protection of the Holders of the Foreman Trust and Savings Bank et al., appellant, v. Clarence Serb et al., appellees. Gen. No. 38,529.

Opinion filed November 4, 1936.

Levinson, Becker, Peebles & Swiren, Crowe, Gorman, Sheridan, Mulder & Wesselink and John C. Tucker, for appellants; Benjamin V. Becker and Don M. Peebles, of counsel.  McInerney, Epstein & Arvey,

for certain appellee; John L. McInerney, Louis M. Mantynband and Sidney R. Zatz, of counsel. Shulman, Shulman & Abrams, for certain other appellee; Meyer Abrams, of counsel.

Mr. Justice Hall delivered the opinion of the court.